# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| DAKOTA KALOB MEDICINE, | Case No. 22-CV-2953 (NEB/LIB) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| SIMCHA GAVZY, BRANDON SELL, and BLAKE RICHERT, | |
| Defendants. | |

The Court has received the June 27, 2023 Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (ECF No. 9.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 9) is ACCEPTED; and

2. Plaintiff's Complaint (ECF No. 1) as alleged against Defendants Gavzy, Sell and Richert is DISMISSED without prejudice for Plaintiff's failure to comply with the Court's April 25, 2023 Order (ECF No. 7) and for a clear lack of prosecution.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 1, 2023                             BY THE COURT:

                                                  s/Nancy E. Brasel
                                                  Nancy E. Brasel
                                                  United States District Judge